No. 98–1692. MICCOSUKEE TRIBE OF INDIANS OF FLORIDA ET AL. *v.* UNITED STATES ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–1695. PRUDENTIAL INSURANCE COMPANY OF AMERICA ET AL. *v.* PRINCE GEORGE CENTER, INC., ET AL. Super. Ct. Pa. Certiorari denied.

No. 98–1698. RENTERIA-PRADO *v.* PASQUARELL, DISTRICT DIRECTOR, SAN ANTONIO DISTRICT OF THE IMMIGRATION AND NATURALIZATION SERVICE, ET AL. C. A. 5th Cir. Certiorari denied.

No. 98–1700. HINDENLANG *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–1702. ABU-JAMAL *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 98–1715. KRILICH *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 98–1718. RHODES *v.* KILLIAN, DIRECTOR, ARIZONA DEPARTMENT OF REVENUE, ET AL. Sup. Ct. Ariz. Certiorari denied.

No. 98–1725. RAHIM *v.* TEXAS. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 98–1729. MCNEIL *v.* UTAH, MEDICAID SECTION. Sup. Ct. Utah. Certiorari denied.

No. 98–1735. BESTFOODS, FKA CPC INTERNATIONAL, INC. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 98–1740. BENITO *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 98–1743. MCM PARTNERS, INC. *v.* ANDREWS-BARTLETT & ASSOCIATES, INC., DBA ANDREWS-BARTLETT EXPOSITION SERVICES, ET AL. C. A. 7th Cir. Certiorari denied.

No. 98–1744. TAYLOR *v.* MONFILS, SPECIAL ADMINISTRATOR OF THE ESTATE OF MONFILS, DECEASED, ET AL. C. A. 7th Cir. Certiorari denied.